DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SALVADOR CEJA-ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00380 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SALVADOR CEJA-ECHEVERRIA, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, SALVADOR CEJA-ECHEVERRIA by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Thursday, June 9, 2011, be continued to Thursday, June 30, 2011.

The reason for this continuance is because the parties have just received the Pre-Plea Advisory Guideline Presentence Investigation Report and are reviewing it. In addition, defense counsel will need additional time to review the report with Mr. Ceja-Echeverria.

In addition, the parties stipulate that the time period from June 9, 2011, through and including June 30, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 7, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| By:<br> /s/ Lexi Negin for<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Salvador Ceja-Echeverria |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00380 KJM |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SALVADOR CEJA-ECHEVERRIA, ) | |
| Defendant. ) | |

Based on the reasons set forth in the stipulation of the parties filed on June 7, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, June 9, 2011, be vacated and that the case be set for **Thursday, June 30, 2011, at 10:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 7, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from June 9, 2011, through and including June 30, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  June 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

2